| USA-74-24B (Rev. 05/01) | CRIMINAL DOCKET | No. **4:24-cr-00226** |
|---|---|---|
| **HOUSTON DIVISION** | United States Courts Southern District of Texas FILED | |
| USAO Number: 2023R06090 | | |
| Magistrate Number: | *April 30, 2024* | |
| **CRIMINAL INDICTMENT** | Filed Nathan Ochsner, Clerk of Court    Judge: | **Eskridge** |

**UNITED STATES of AMERICA**
vs.

**KENNETH DWAYNE WESTBROOK**

**ATTORNEYS:**

| | | Appt'd | Private |
|---|---|---|---|
| **Alamdar S. Hamdani, USA** | (713) 567-9000 | | |
| TYLER WHITE and MICHAEL CHU, AUSA | (713) 567-9000 | | |
| Amr Ahmed, Assistant Federal Public Defender | | X | ☐ |

**CHARGE:** Cts.1-4: Wire Fraud (18 U.S.C. § 1343)
**(TOTAL)**
**(COUNTS:)**
**( 4 )**

**PENALTY:** Cts 1-4: Up to a term of imprisonment not to exceed more than 20 years; fine up to $250,000; a term of supervised release of up to 3 years, and a $100 special assessment per count.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. § 981(a)(1)(D)(vi) and (E), and 28 U.S.C.§ 2461(c)]

[X] In Jail
[ ] On Bond
[ ] No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**