United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § <br> v. § § <br> KENNETH DWAYNE WESTBROOK § § | CRIMINAL NO: **4:24-cr-00226** |

### ORDER FOR ISSUANCE OF NOTICE

A  Criminal Indictment  has been filed against the defendant who is

☐ Released on Conditions  ☐ Detained  [X] In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant  May 6, 2024

at  02:00 PM  .

SIGNED at Houston, Texas, on   April 30, 2024  .

*Dena Palermo*

UNITED STATES MAGISTRATE JUDGE