**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v.  Case Number: 4:24−cr−00226
*SEALED*

Kenneth Dwayne Westbrook

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/6/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   April 30, 2024

Nathan Ochsner, Clerk